IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, as assignee and subrogee of NEBCO, Inc., and Watkins Concrete Block,<br><br>               Plaintiff,<br>vs.<br><br>ALONZO BALTAZAR, JAKE EPPERSON, and JAKE'S CUSTOM LAWNS, LLC.<br><br>               Defendants. | **8:25CV522**<br><br>**ORDER TO SHOW CAUSE** |

      Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Jake Epperson and Jake's Custom Lawns, LLC and these Defendants have not voluntarily appeared.

      Accordingly,

      IT IS ORDERED that plaintiff shall have until February 17, 2026 to show cause why the claims against Jake Epperson and Jake's Custom Lawns, LLC should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of these claims without further notice.

Dated this 26th day of January, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge