IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, as assignee and subrogee of NEBCO, Inc. and Watkins Concrete Block;<br><br>Plaintiff,<br><br>vs.<br><br>ALONZO BALTAZAR, JAKE EPPERSON, and JAKE'S CUSTOM LAWNS LLC,<br><br>Defendants. | **8:25CV522**<br><br>**ORDER** |

1)      The motion to withdraw filed by Lynae Tucker-Chellew, as counsel of record for Defendant Alonzo Baltazar, Filing No. 27, is granted.

2)      On or before April 10, 2026, Defendant Baltazar shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in an entry of default and/or a default judgment against Defendant Baltazar.

3)      The clerk's office is directed to update Defendant Baltazar's contact information on the case docket as follows:

Alonzo Baltazar
1021 N. 33rd Street
Omaha, NE 68131
402-215-4365
alonzo.b1970@yahoo.com

1

4)      A copy of this order shall be mailed to Defendant Baltazar and defaulted defendants.

Dated this 20th day of March, 2026.

BY THE COURT:


_s/ Jacqueline M. DeLuca_

United States Magistrate Judge