IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, as assignee and subrogee of NEBCO, Inc. and Watkins Concrete Block;<br><br>Plaintiffs,<br><br>vs.<br><br>ALONZO BALTAZAR, JAKE EPPERSON, and  JAKE'S CUSTOM LAWNS LLC,<br><br>Defendants. | **8:25CV522**<br><br><br>**ORDER TO SHOW CAUSE** |

This matter is before the Court on review of the docket. On February 18, 2026, the Court granted Plaintiffs' motion for alternative service upon defendants Jake Epperson and Jake's Custom Lawns, LLC. Filing No. 26. Plaintiff has not filed a return of service for these defendants, and these defendants have not voluntarily appeared.

Accordingly,

IT IS ORDERED that Plaintiffs shall have until May 18, 2026 to show cause why the claims against Jake Epperson and Jake's Custom Lawns, LLC should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of these claims without further notice.

Dated this 27th day of April, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge